SAMUEL KOFF, Respondent, *v.* BENJAMIN CONSTRUCTION Co., INC., Appellant, Impleaded with Others.

(Argued January 9, 1935; decided January 24, 1935.)

*Samuel Binder* for appellant.
*Jacob Graifer* and *Seymour J. Koff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.